Filed 9/10/24  P. v. Yeater CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C099486 |
| Plaintiff and Respondent, | (Super. Ct. No. 22CF05055) |
| v. | |
| JUSTIN HENRY YEATER, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Justin Henry Yeater has asked this court to conduct an independent review of the record under *People v. Wende* (1979) 25 Cal.3d 436.  Finding no arguable error that would result in a disposition more favorable to Yeater, we affirm the judgment.

BACKGROUND

In September 2022, Yeater threatened the victim with a homemade shotgun, shot a hole through the floor of her car, and threatened to kill her.  The following month, the People charged him in Butte County Superior Court case No. 22CF05055 with assault

with a firearm (Pen. Code, § 245, subd. (a)(2)) and making criminal threats (Pen. Code, § 422, subd. (a)). The People also alleged that Yeater committed his crimes while out on bail in Butte County Superior Court case No. 22CF03681.

Yeater pleaded no contest to the assault charge. In exchange, the People dismissed the remaining charges and allegations; the People also dismissed Butte County Superior Court case Nos. 22CF04960 and 22CF03681 with a *Harvey* waiver. (See *People v. Harvey* (1979) 25 Cal.3d 754.) The trial court released Yeater from custody pending sentencing on the conditions (among others) that he reside at a sober living program and submit to drug and alcohol testing.

At sentencing on May 18, 2023, the trial court placed Yeater on three years formal probation. Among the other conditions of probation, Yeater was ordered to complete 50 hours of community service, refrain from using drugs and alcohol, and enroll in and complete domestic violence and drug counseling programs.

On June 22, 2023, Yeater admitted that he violated his probation on May 23, 2023, when he tested positive for methamphetamine and alcohol. The trial court terminated his probation and sentenced him to the middle term of three years in state prison. The court also sentenced him to a concurrent term of six months in a separate misdemeanor case.

## DISCUSSION

Yeater's appointed counsel asks this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Yeater was advised by counsel of his right to file a supplemental brief within 30 days of the filing of the opening brief. We have not received any communication from him.

We have undertaken an examination of the record and conclude there is no arguable error that would result in a disposition more favorable to Yeater.

2

DISPOSITION

The judgment is affirmed.

/s/
FEINBERG, J.

We concur:

/s/
HULL, Acting P. J.

/s/
MAURO, J.

3